FILED
2:24-mj-07000-DUTY
2024 NOV 20 AM 11:21

asi

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 1:24-mj-00354 |
| Cristian Fernando Gutierrez-Ochoa, also known as "Luis Miguel Martinez" DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Criminal Complaint
in the _____ District of Columbia _____ on 11/6/2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about June 2013 to the Present
in violation of Title 21 _____ U.S.C., Section(s) 959(a), 960(b)(1)(B), 960(b)(1)(H), 963
to wit: Conspiring to Distribute five (5) kilograms or more of a mixture of substance containing detectable amount of cocaine

A warrant for defendant's arrest was issued by: Honorable Moxila A. Upadhyaya

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Federal Criminal Complaint and Arrest Warrant

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

_____
Signature of Agent

Bendy West
Print Name of Agent

DEA
Agency

Special Agent
Title

CR-52 (05/98)                   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT