| Submit this form by e-mail to: | | FILED |
|---|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | | 2:24-mj-07000-DUTY |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | | 2024 NOV 20  AM 11:20 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                       PLAINTIFF | 1:24-mj-00354 |
| Cristian Fernando Gutierrez-Ochoa | REPORT COMMENCING CRIMINAL ACTION |
| USMS#                    DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/19/2024 at 6:05 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 959(a), 960(b)(1)(B), 960(b)(1)(H), 963, 18 USC 1956(a) and (h)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes Language: Spanish

7. Year of Birth: 1997

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA XXXXXXX Gerald Vest (please print)

12. Office Phone Number: 213 725 J834

13. Agency: DEA

14. Signature: [signature]

15. Date: 11/20/2024

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION