| Name & Address: | FILED CLERK, U.S. DISTRICT COURT |
|---|---|
| | 11/26/2024 |
| | CENTRAL DISTRICT OF CALIFORNIA BY: KL DEPUTY |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-mj-07000-DUTY |
| v. | |
| Cristian Fernando Gutierrez-Ochoa, | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| | District of ___Columbia___ |
| DEFENDANT(S). | At ___Washington D.C.___ (City) |

**To: United States Marshal for the Central District of California**

*if possible by December 9, 2024, AGR*

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☐ Indictment
- ☐ Information
- ☑ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with (brief description of offense) 21:959(a), 960(b)(1)(B), 960(b)(1)(H), 963, 18 USC 1956(a) and (h) - Conspiring to Distribute five (5) kilograms or more of a mixture of substance containing detectable amount of cocaine.

- ☑ in violation of Title __21__ United States Code, Section (s) __959__
- ☐ in violation of the conditions of his or her pretrial release imposed by the court.
- ☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on __November 26, 2024__.
- ☑ duly waived preliminary hearing before me on __November 26, 2024__.
- ☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☑ No bail has been set.
  - ☑ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

| November 26, 2024 | _Alicia G. Rosenberg_ / Alicia G. Rosenberg |
|---|---|
| Date | United States Magistrate Judge |

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| Date | Deputy |
|---|---|

M-15 (01/09)                FINAL COMMITMENT AND WARRANT OF REMOVAL